**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00193-CR**
_____

**IN RE CHARLES LAMAR HICKS**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. 12-13646**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus filed as an original proceeding in this Court on June 16, 2023, Charles Lamar Hicks seeks to compel the trial court to rule on Hicks's Motion for Forensic DNA Testing and Motion for Appointment of Counsel. In response to the mandamus petition, the State established that the trial court denied the Motion for Forensic DNA Testing in a written order signed on May 1, 2023.[1] The mandamus record shows that the trial court performed the act that the

---

[1] A *pro se* notice of appeal was forwarded to this Court and that matter has been docketed under Appeal Number 09-23-00199-CR. *See* Tex. R. App. P. 12.1. Hicks is represented by appointed counsel in that matter.

mandamus petition seeks to compel. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on June 20, 2023
Opinion Delivered July 19, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.